# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

~~XXXXXXXXXX~~ U S Courthouse, 1 Church St.,
Suite D-300

MONTGOMERY, ALABAMA 36104

TRUMAN M. HOBBS
Senior District Judge

TELEPHONE (334) ~~223-7128~~

954 3750

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N. E.
Washington, D. C. 20544

Re: Calendar Year 2005 Filing - your letter of 7/19/2006.

Dear Judge Smith:

Please consider this letter as an amendment to my report
dated May 15, 2006.

My report is amended as follows:

Part VII, page 14, line 1:

 IRA No. 1 - continued:

 1. Delete "cash account" and substitute therefor

   "Merrill Lynch Bank USA RASP."

Respectfully submitted,

███████████████

Truman M. Hobbs

Encl: 3 copies

RECEIVED 2006 SEP 11 A 10: 52 FINANCIAL DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>HOBBS, Truman M. | 2. Court or Organization<br><br>USDC (MD AL) | 3. Date of Report<br><br>5/15/06 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>USDJ (Senior Status) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/05 –<br>12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br>US Courthouse<br>1 Church St -Suite D-300<br>Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |

Director and officer of charitable foundation (Hobbs Foundation).
I am co-trustee of Trusts 5 and 6. I have no financial interests in the trusts.

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| [X] NONE (No reportable non-investment income.) | | |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| [X] NONE (No reportable non-investment income.) | |
|---|---|

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

### IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE (No such reportable reimbursements.) | |

### V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE (No such reportable gifts.) | | $ |
| | | $ |
| | | $ |
| | | $ |

### VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X  NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 M Lynch CMA MF | A | I/D | K | T | | | | | |
| 2 MUNICIPAL BONDS | | | | | | | | | |
| 3 City of Dothan AL | C | Int | L | T | | | | | |
| 4 Baldwin Cty AL | B | " | K | " | | | | | |
| 5 Ala St Pub Sch & Coll | B | " | K | " | | | | | |
| 6 Un Ala UN Rev Aux | A | "± | J | " | | | | | |
| 7 Ala Drkg Wtr Fin | C | " | L | " | | | | | |
| 8 Ala Wtr Pln Ctr | B | " | K | " | | | | | |
| 9 Un Ala Un Rev Gen | B | " | K | " | | | | | |
| 10 Mtgy CtyAL | A | " | K | " | | | | | |
| 11 Mobile Cty AL | B | " | K | " | | | | | |
| 12 Un Ala Univ Rev | A | " | K | " | | | | | |
| 13 Univ Ala Gen Rev | B | " | K | " | Bought | 10/27 | K | | |
| 14 Enterprise AL wts | B | " | K | " | Bought | 1/27 | K | | |
| 15 COMMON STOCKS | | | | | | | | | |
| 16 Koninkl Phil E | B | Div | M | T | | | | | |
| 17 Wachovia Corp (New) | C | " | M | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

HOBBS, Truman M.

Date of Report

5/15/06

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS - continued | | | | | | | | | |
| Conoco Phillips | B | Div | L | T | | | | | |
| Unova Inc | None | | J | " | | | | | |
| Baxter Int Pfd | A | Int | K | T | Part Sold | 12/6 | K | | |
| Duke Energy Common | C | Div | M | " | | | | | |
| Colg Palm Common | A | " | K | " | | | | | |
| Barrick Gold Comm | A | " | J | " | | | | | |
| Berkshire Hath Dela Cl A - common | | None | L | " | | | | | |
| Cohen & Steers REIT & Ut Fd | C | Div | K | T | | | | | |
| Kinder Morgan comm | C | " | M | " | Bought More | 8/9 | K | | |
| El Paso Corp comm | A | Div | K | " | Part Sold | 7/26 | K | B | |
| | | | | | Bought more | 8/23 | K | | |
| MUTUAL FUNDS | | | | | | | | | |
| M Lynch Muni Inter Term Fd D | D | I/D | N | T | | | | | |
| M L Muni Enh Fd | E | " | N | " | | | | | |
| ML Munivest Fd | D | " | M | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 $ | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| 1 Mtgy AL Med Jcksn | C | Int | K | T | | | | | |
| 2 Mobilel AL IDB Shell | C | " | K | " | | | | | |
| 3 Ala Mtl Hlth | C | " | | | Redeemed 8/1 | | K | A | |
| 4 Mobile AL IDB SC " | B | " | K | " | | | | | |
| 5 Etowah Cty AL B/Ed | B | " | | | Redeemed 1/19 | | L | B | |
| 6 Mobile Cty AL Sch | B | " | | | " | 3/22 | K | A | |
| 7 Ala Hs Fin SF | C | " | K | " | Part Called | 10/3 | | J | |
| 8 Huntsville AL Hlth | C | " | K | T | | | | | |
| 9 Lauderdale Cty HCA | B | "± | K | " | | | | | |
| 10 Huntsvi Mdsn Cty AL | B | " | K | " | | | | | |
| 11 Ala Jud Athy | | None | K | " | | | | | |
| Ala Wtr Poll Ctl | B | Int | K | " | | | | | |
| 13 Bham AL Arpt Athy a | C | " | | | Matured | 7/1 | K | | |
| 14 Un Ala Un Rev Gen | G | " | | | Matured | 10/3 | K | | |
| 15 Mtgy AL BMC Spc C | C | " | L | T | | | | | |
| 16 Huntsvi Al Hlth | C | " | K | " | | | | | |
| 17 Ala HFA SF Rev | D | " | L | " | Part called 2/1 | | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HOBBS, Truman M. | Date of Report<br>5/15/06 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | (2)<br>Date<br>Month-Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 Mobile Cty AL Wtrs | C | Int | K | T | | | | | |
| 2 Mtgy AL BMC Spl | B | " | K | " | | | | | |
| 3 Ala State Docks | C | " | L | " | | | | | |
| 4 Mobile AL IDB Pltn | B | " | K | " | | | | | |
| 5 Ala Drnkg Wtr F Authy | B | " | K | " | | | | | |
| 6 Ala HFA S Fam | C | " | L | " | Part called | 10/3 | J | A | |
| 7 Autauga Cty AL BED | B | " | K | " | | | | | |
| 8 Homewood AL Ed Sa m | B | " | K | " | | | | | |
| 9 Autauga Cty AL Pub | B | " | K | " | | | | | |
| 10 Auburn AL Wts | B | " | K | " | | | | | |
| 11 Ala Hfa SFM | B | "⸱ | K | " | Part called | 10/3 | J | | |
| 12 Lee Cty AL Sch Wts | C | " | | | Redeemed | 2/1 | K | | |
| 13 Cullman Cty AL Wtr | B | " | K | " | | | | | |
| 14 Madison Cty AL B/Ed | B | " | K | " | | | | | |
| 15 Madison Cty Al B/Ed | B | " | K | " | | | | | |
| 16 Troy Al Wts | B | " | K | " | | | | | |
| 17 Florence Al Wts | B | " | K | " | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - continued | | | | | | | | | |
| Homewood Al B/Ed | A | Int | K | T | | | | | |
| Madison Cty AL B/Ed | B | " | K | " | | | | | |
| MUTUAL FUNDS: | | | | | | | | | |
| MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| Jundt Growth A | | None | J | " | | | | | |
| Putnam Fd G&I | B | Div | L | T | | | | | |
| CLOSED END FUNDS | | | | | | | | | |
| Templeton Dragon | C | Div | L | T | | | | | |
| TriContinental | C | " | N | " | Part sold 12/21 | | | M | |
| NOTE: Disregard listing on Line 48 of report for 2004 – error – it is part of Bank deposit program –Page 18, 2004 report, my letter of 9/12/2005 and Jud Conf letter of xx10/x200 10/5/2005. | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| Air Products | C | Div | M | T | | | | | |
| Wyeth | D | " | " | u | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Jefferson Cty AL | B | Int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 Vestavia Hills AL | B | Int | K | T | | | | | |
| 2 Autauga Cty AL Pub | B | " | L | " | | | | | |
| 3 Oxford AL Rec Wts | B | " | K | " | | | | | |
| 4 Huntsvi AL Cap Impt | B | " | K | " | | | | | |
| 5 Auburn AL Univ Rev | B | " | K | " | | | | | |
| 6 Enterprise AL Wts | C | " | L | " | | | | | |
| 7 Talladega Cty AL B/Ed | C | " | L | " | Bought | 4/12 | L | | |
| 8 Mtgy AL Tax Inc Wts | | None | L | " | Bought | 12/22 | L | | |
| 9 Decatur AL B/Ed | B | Int | K | " | Bought | 5/24 | K | | |
| 10 Un AL Gen Rev | | None | L | " | Bought | 10/31 | L | | |
| 11 Fairhope AL Util Wts | C | Int | L | " | Bought | 3/17 | L | | |
| 12 Ala St Pub Sch/Coll | C | " | L | " | Bought | 3/7 | L | | |
| 13 Ala St B/Ed Sou Cmnty | C | " | L | " | Bought | 4/19 | L | | |
| 14 Northwest Ala Gas | | None | L | " | Bought | 12/13 | L | | |
| 15 Baldwin Cty AL B/Ed | B | Int | K | T | Bought | 4/26 | K | | |
| 16 Warrior Ri AL Wtr Auth | | None | L | " | Bought | 10/4 | L | | |
| 17 Phenix Ci AL G/O | | None | L | " | Bought | 12/5 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Courtland AL IDB | | None | L | T | Bought 9/12 | | L | | |
| COMMON STOCKS | | | | | | | | | |
| AT&T | A | Div | J | T | | | | | |
| PB PLC | D | " | M | " | | | | | |
| Bell South | D | " | M | " | | | | | |
| Br My Squibb | E | " | O | " | | | | | |
| Campbell ~~South~~= Soup | C | " | M | " | | | | | |
| Chevron-Texaco | C | " | L | " | | | | | |
| Cincinnati Bell | | None | K | " | | | | | |
| Coca Cola | D | Div | O | T | | | | | |
| Compass Banc | E | " | P1 | " } | | | | | |
| Eastman Chem | B | " | K | " | | | | | |
| Eastman Kodak | | None | | | Sold 4/22 | | K | E | |
| EDS | A | Div | K | T | | | | | |
| Exxon Mobil | D | " | N | " | | | | | |
| Fannie Mae | B | " | L | " | | | | | |
| Gen Electric | D | " | N | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g, div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) COMMON STOCKS | | | | | | | | | |
| 1 Gen Motors | A | Div | | | Sold | 4/22 | K | E | |
| 2 Harrahs Ent | C | Div | M | T | | | | | |
| 3 Hartford Fin Ser | B | " | L | " | | | | | |
| 4 ITT Ind | A | " | K | " | | | | | |
| 5 IBM | B | " | M | " | | | | | |
| 6 Johnson & Johnson | D | " | O | " | | | | | |
| 7 La Pacific | A | " | L | " | | | | | |
| 8 MeadWestVaco | D | " | M | " | | | | | |
| 9 PPG | C | " | M | " | | | | | |
| 10 Conoco Phillips | C | " | M | " | | | | | |
| 11 Hilton | A | " | L | " | | | | | |
| 12 Raytheon Co New | A | " | J | " | | | | | |
| 13 Regions Fin | E | " | P1 | " | | | | | |
| 14 Roche Hldg Ltd | B | " | M | " | | | | | |
| 15 SBC Comm | C | " | L | " | | | | | |
| 16 St Jude Medical | | None | N | " | | | | | |
| 17 Sara Lee | C | Div | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS - Cont'd | | | | | | | | | |
| 1 SCANA | C | Div | M | T | | | | | |
| 2 Wachovia Corp New | E | Div | P1 | T | | | | | |
| 3 Suntrust Bank | D | Div | O | T | | | | | |
| 4 Synovus Fin | D | " | M | " | | | | | |
| 5 Trinity Ind | A | " | L | " | | | | | |
| 6 Pfizer | D | " | N | " | | | | | |
| 7 Williams Cos Ind | A | Div | L | T | | | | | |
| 8 Citigroup | B | " | K | T | | | | | |
| 9 Convergys Corp | | None | L | T | | | | | |
| 10 Col Ptys Tr | D | Div/CG | M | T | | | | | |
| 11 Walt Disney Hldg | A | Div | K | T | | | | | |
| 12 Weyerhaeuser | B | Div | K | T | | | | | |
| 13 Delphi Auto Sys | | None | | | Sold | 2/17 | J | A | |
| 14 Ionics Inc | | None | | | Sold | 2/22 | K | E | |
| 15 Zimmer Hldgs Inc | | None | M | T | | | | | |
| 16 Becton Dickinson | B | Div | K | T | Bought | 6/8 | K | | |
| 17 ========================================================================= | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Compass Bank | E | I/D | O | T | | | | | |
| 2 Sterling Bank | A | Int | K | T | | | | | |
| 3 COMMON STOCKS | | | | | | | | | |
| 4 Berkshire Hath CLB | | None | K | T | | | | | |
| 5 Duke Energy Corp | C | Div | L | T | | | | | |
| 6 Newell Rubbermaid | B | " | L | " | | | | | |
| 7 Smucker JM Co New | A | " | K | " | | | | | |
| 8 Procter & Gamble | | None | L | T | | | | | |
| 9 REAL ESTATE | | | | | | | | | |
| 10 Yates Lake Land – unimpro land in | | | | | | | | | |
| 11 Elmore County AL | | | | | | | | | |
| 12 purchased in 1969, 1976; swapped other | | | | | | | | | |
| 13 land in 1998 for total interest of 33% - purchase | | | | | | | | | |
| 14 prices less than $200,000 | C | P/S | N | R | | | | | |
| 15 ▇▇▇▇▇Farm property Waugh AL (Mtgy Cty) | | | | | | | | | |
| 16 purchased in 1978 45 percent for less than $200,000 | | | | | | | | | |
| 17 | D | P/S | L | R | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| 1 Time Warner | A | Div | J | T | | | | | |
| 2 Merck | A | Div | K | T | | | | | |
| 3 Chevron Texaco | B | " Dxxx | K | T | | | | | |
| 4 Walmart | B | Div | M | T | | | | | |
| 5 AIG | A | Div | L | T | | | | | |
| 6 Berkshire Hath CL B | | None | K | T | | | | | |
| 7 Cardinal Health | A | Div | L | T | | | | | |
| 8 Southern Co | B | Div | K | T | | | | | |
| 9 Pfizer Inc | A | " | K | " | | | | | |
| 10 Compass Banc | A | " | K | " | | | | | |
| 11 Colonial Properties | A | D/CG | J | " | | | | | |
| 12 Regions Fin | A | Div | J | " | | | | | |
| 13 St. Jude Medical | | None | K | T | | | | | |
| 14 Walgreen Co | A | Div | L | " | | | | | |
| 15 ITT Industries | B | Div | K | " | Bought 10/31 | | K | | |
| 16 IRA #1 (est in 2004 as result of termination of profit sharing plan with former law firm) | | | | | | | | | |
| 17 | D | I/D | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g. div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| IRA #1 - continued | | | | | | | | | |
| - cash account | | | | | | | | | |
| - Berkshire Hathaway Del CL A | | | | | | | | | |
| - Cohen & Steers REIT & PFD Inc Fd | | | | | | | | | |
| - Cohen & Steers Select UtilFund | | | | | | | | | |
| - Progress Energy | | | | | | | | | |
| - 3M Co | | | | | | | | | |
| - First Eagle Global CL C | | | | | | | | | |
| - Thornburg Intl value Fd C | | | | | | | | | |
| ===============================  municipal bonds | | | | | | | | | |
| Mobile AL IDB Shell | D | Int | L | | T Part called | 11/1 | J | | |
| Baldwin Cty AL B/E | C | " | K | | " | | | | |
| Ala Mnt Hlth 5/1/09 | B | Int | | | Redeemed 8/1 K | | | | |
| Southeast Ala Gas | D | Int+ | L | | T | | | | |
| Ala Wtr Pltn Ctl | B | " | K | | " | | | | |
| Mtgy Al BMC Spl Care | C | " | L | | " | | | | |
| Russell Cty AL Wts | B | " | K | | " | | | | |
| Ala St Pub Sch & Coll | C | " | M | | " | | | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | 000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: Q=Appraisal (See Col. C2)  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Ala St Pub Sch Coll | D | Int | M | T | | | | | |
| Ala St Pub Sch & Coll | C | " | L | " | | | | | |
| UN North Ala Rev | C | " | L | " | | | | | |
| Albertville AL Wtrs | B | " | K | " | | | | | |
| Ala St Pub Sch & Coll | B | " | K | " | | | | | |
| Opelika AL Wtr Wks Brd | B | " | K | " | | | | | |
| Ala St Ser A 5% | C | " | L | " | | | | | |
| Cherokee Cty AL Wtrs | B | " | L | " | | | | | |
| Jefferson Cty AL Swr | B | xxx " | L | " | | | | | |
| Ala 31st Ctr at Tob Settlement | C | " | K | " | | | | | |
| Huntsvi Al Hlth Care | B | " | K | " | | | | | |
| Mobile Cty AL B/Sch | B | " | K | " | | | | | |
| Cullman Cty AL Wtr Rev | B | " | L | " | | | | | |
| Decatur AL Wts | A | " | K | " | | | | | |
| Un Al Univ Rev | B | " | K | " | | | | | |
| Hoover Al Rfdg | B | " | L | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Ala WPC Auth Rvlng | B | Int | K | T | | | | | |
| Huntsville AL Nat Gas | B | " | L | " | Bought | 8/11 | L | | |
| Ala MHFA Sptx | B | " | K | T | Bought | 8/8 | K | | |
| Autauga Co Pub Ed | | None | K | " | Bought | 10/20 | K | | |
| COMMON STOCKS | | | | | | | | | |
| | | | | | | | | | |
| Engelhard Corp | B | Div | L | T | | | | | |
| Republic Svs Inc | B | " | M | " | | | | | |
| Visteon Corp | A | " | J | " | | | | | |
| IMS Health | A | " | K | " | | | | | |
| R H Connell Corp N | | None | J | " | | | | | |
| Dun & Bradstr CN | | None | K | " | | | | | |
| Moody's Corp | A | Div | L | T | | | | | |
| Gartner Group | | None | J | T | | | | | |
| Eli Lilly | C | Div | M | T | | | | | |
| Schlumberger Ltd | B | " | M | " | | | | | |
| Transocean Sedco For | | None | J | ' | | | | | |
| Wachovia Corp New | D | Div | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS - ctd | | | | | | | | | |
| EMC Corp Mass | | None | J | T | | | | | |
| Schering Plough | A | Div | K | T | | | | | |
| Colonial Pro REIT | C | Div | L | T | | | | | |
| Cohen & Steers REIT | | | | | | | | | |
| MFA & PFD Inc Fd | A | Div | K | T | | | | | |
| Barrick Gold Corp | A | Div | K | " | | | | | |
| C & Steers REIT & Utility | B | Div | K | " | | | | | |
| Kinder Morgan | B | Div | L | " | | | | | |
| Newmont Mining | A | " | K | " | | | | | |
| MUTUAL FUNDS: | | | | | | | | | |
| MF: MuniEnhanc FD | E | Div | M | T | | | | | |
| MF: ML Muni Interm Term FD | D | Div | N | T | | | | | |
| M Lynch CMA M Fund | A | I/D | N | T | | | | | |
| TRUSTS (Trustee is Northern Trust Co) | | | | | | | | | |
| Trust No. 1 | G | D/I | O | T | | | | | |
| Trust No. 2 | F | " | " | " | | | | | |
| Trust No. 3 | F | " | " | " | | | | | |
| Trust No. 4 | G | " | O | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A<br>Description of Assets<br>(including trust assets) | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| BANK DEPOSIT PROGRAM WITH SMITH BARNEY (same banks used as prior year — "Reviewer to not regard as unaccounted for new assets! Letter from Jud Conf dated 10/5/2005) | B | Int | L | T | | | | | |
| – | B | " | L | " | | | | | |
| – | B | " | L | " | | | | | |
| – | B | " | L | " | | | | | |
| – | B | " | L | " | | | | | |
| | B | " | L | " | | | | | |
| | B | " | L | " | | | | | |
| | A | " | K | " | | | | | |
| LIMITED | | | | | | | | | |
| | A | Dist | J | T | | | | | |
| | A | " | " | " | | | | | |
| Nicoya Partners, LLC | A | " | " | " | | | | | |
| Onwestsia Fund Ltd P | F | " | P1 | " | | | | | |
| Ltd P/S | G | " | P1 | " | | | | | |
| Ala Fund Ltd PS | G | " | P2 | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| 1 Cullman Cty Al Wtr | A | Int | K | T | | | | | |
| 2 Madisn Cty AL B/E | A | " | K | " | | | | | |
| 3 Troy Al Wts | A | " | K | " | | | | | |
| 4 Homewood Al B/Ed | A | " | K | " | | | | | |
| 5 Madison Cty AL B/E | A | " | K | " | | | | | |
| 6 Jefferson Cnty AL | A | " | K | " | | | | | |
| 7 Oxford AL Rec wts | B | " | K | " | | | | | |
| 8 Huntsville AL Cap Imp | B | " | K | " | | | | | |
| 9 Auburn Un AL | B | " | K | " | | | | | |
| 10 Enterprise AL Wts | C | " | L | " | | | | | |
| 11 Talladega Cnty AL B/Ed | B | " | K | " | Bought | 4/12 | K | | |
| 12 Ala St Pub Sch & Coll | C | " | L | " | Bought | 3/7 | L | | |
| 13 TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| 14 - Municipal bonds: - Mtgy AL Pub Hsg | | | | | Redeemed | 2/1 | K | | |
| 15 - Bham Bap Med Ctr | | | | | " | 12/29 | J | | |
| 16 - Mtgy Ala Med Clinic | | | | | | | | | |
| 17 -Bessemer AL Med Cl | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 -Fort Payne AL Wtr Wks | | | | | Redeemed | 7/1 | K | A | |
| 2 - Bham Bap Med | | | | | Redeemed | 12/29 | K | A | |
| 3 - Tuscaloosa Cty AL | | | | | | | | | |
| 4 - Un South Al Un | | | | | | | | | |
| 5 - Mobile AL Wts | | | | | | | | | |
| 6 - Russellvi AL Wts | | | | | | | | | |
| 7 - Ala Agr & Mech | | | | | Redeemed | 11/1 | L | A | |
| 8 - Limestone Cty AL Wtr | | | | | Redeemed | 4/1 | J XX | A | |
| 9 - Ala Drnk Wtr Fin Athy | | | | | | | | | |
| 10 - Huntsvi AL Hlth Care | | | | | | | | | |
| 11 - Mtgy AL Edl Bldgs | | | | | | | | | |
| 12 - Mtgy Al BMC Spl Cr | | | | | | | | | |
| 13 - Huntsvi Al Wtrs | | | | | | | | | |
| 14 - Lauderdale Cty & Fl Ala | | | | | | | | | |
| 15 Ala St Pub Sch & Coll | | | | | | | | | |
| 16 - Jeff Cty Ala Sch Wts | | | | | | | | | |
| 17 - Jeff Cty AL B/Ed | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code 1 (A-H) | B (2) Type (e.g, div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| -Mtgy AL BMC Spl Cr | | | | | | | | | |
| -Orange Bch AL Wtr Swer | | | | | | | | | |
| - Orange Bch AL Wtr/Swer | | | | | | | | | |
| - Mtgy AL BMC Spl Cr | | | | | | | | | |
| - Ala St Pub Sch & Clg | | | | | | | | | |
| - Ala St Ser A OID | | | | | | | | | |
| - Jeff Cty AL Swr Rev | | | | | | | | | |
| - Jeff Co AL Swr Rev | | | | | | | | | |
| - Auburn Un Ala Revs | | | | | | | | | |
| - Morgan Cty AL B/Ed | | | | | | | | | |
| - Bham Ala Cap Impt | | | | | | | | | |
| Ala MHFA SPYX | | | | | Bought | 8/8 | K | | |
| -Un AL Gen Rev | | | | | Bought | 10/27 | K | | |
| - Nrthwest Ala GSDT AL | | | | | Bought | 12/21 | K | | |
| - Ala St Brd Ed Rev | | | | | Bought | 1/28 | K | | |
| ========= CORPORATE BOND | | | | | | | | | |
| - NM Gen Mtrs Accept | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 - continued | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| - Wyeth | | | | | | | | | |
| - BP PLC | | | | | | | | | |
| - Bell South | | | | | | | | | |
| - Progress Energy | | | | | | | | | |
| - Chevron Texaco | | | | | | | | | |
| - Dow Jones Co | | | | | | | | | |
| - Halliburton | | | | | | | | | |
| - EDS Corp | | | | | | | | | |
| - Energen Corp | | | | | | | | | |
| - Exxon Mobile | | | | | | | | | |
| - Wachovia Corp New | | | | | | | | | |
| - Flowers Foods Inc | | | | | | | | | |
| -TriContinental Corp | | | | | | | | | |
| - VErizon | | | | | | | | | |
| - General Electric | | | | | | | | | |
| - IBM | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST No. 5 - contd - common stocks - ctd | | | | | | | | | |
| Jefferson Pilot | | | | | | | | | |
| - Eli Lilly | | | | | | | | | |
| - 3M Company | | | | | | | | | |
| - Imatión | | | | | | | | | |
| -Excel Energy | | | | | | | | | |
| -Illinois Tool Wks | | | | | | | | | |
| -Procter & Gamblew | | | | | | | | | |
| - Royal Dutch | | | | | | | | | |
| - SBC Comm | | | | | | | | | |
| - El Paso Energy | | | | | | | | | |
| - Southern Coi | | | | | | | | | |
| - Synovus Fin | | | | | | | | | |
| - Tupperware Corp | | | | | | | | | |
| - Citigroup | | | | | | | | | |
| - St. Paul Travelers | | | | | | | | | |
| - Colonial Pptys T SBIAL | | | | | | | | | |
| - J M Smucker | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 - Common stocks - ctd | | | | | | | | | |
| 1 - Barrick Gold Corp | | | | | | | | | |
| 2 - Cohen & Steers Select Util Fd | | | | | | | | | |
| 3 - Regions Fin Corp | | | | | | | | | |
| 4 - Baxter Intl pfd stock | | | | | Part redeemed | 12/6 | | K | |
| 5 - Texas Genco Hldgs CS | | | | | Sold 12/29 | | J | B | |
| 6 - Johnson & Johnson CS | | | | | | | | | |
| 7 - Cohen & Steers REIT and PFD Inc Fd | | | | | | | | | |
| 8 ==================== | | | | | | | | | |
| 9 - John Hancock GBL TEch CL A - MF | | | | | | | | | |
| 10 - Templeton World FD CL L - MF | | | | | | | | | |
| 11 - MF: Van Kampen Amer Cap Comstock CLA | | | | | | | | | |
| 12 -MF DNP Select Income Fd | | | | | | | | | |
| 13 TRUST NO. 6: | G | D/I | P1 | T | | | | | |
| 14 - M Lynch CMF MF MUNICIPAL BONDS | | | | | | | | | |
| 15 - Ala Wtr Plltn Ctl | | | | | | | | | |
| 16 - Bham Jeff AL CGA | | | | | | | | | |
| 17 - Ala St Pub Sch/Clg | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g, div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 6 - contd - Municipal Bonds- ctd | | | | | | | | | |
| - Auburn AL Sch Wts | | | | | | | | | |
| - Univ Al Univ Revs | | | | | | | | | |
| CORPORATE BOND | | | | | | | | | |
| - NM Gen Mtrs Accept | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| - Abbott Labs | | | | | | | | | |
| - Cardinal Health | | | | | | | | | |
| - Arvin Meritor | | | | | | | | | |
| - Baxter Intl | | | | | | | | | |
| - Compass Banc | | | | | | | | | |
| - Coca Cola | | | | | | | | | |
| - General Mills | | | | | | | | | |
| - Kellogg Co | | | | | | | | | |
| - Caremark | | | | | | | | | |
| - Pfizer | | | | | | | | | |
| - Altria | | | | | | | | | |
| - Regions Fin Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

NONE (No reportable income, assets, or transactions.)

TRUST no. 6 - contd - COMMON STOCK - ctd

| | A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | - El Paso Corp | | | | | Bought more Redeemed in part | 8/23 | K | | |
| | - Suntrust Bank | | | | | | 7/26 | K | | |
| | - Elan Corp PLC | | | | | | | | | |
| | - Schlumberger Ltd | | | | | | | | | |
| | - WachoviaCorp New | | | | | | | | | |
| | - Edwards Life Sciences | | | | | | | | | |
| | - Transocean Inc | | | | | | | | | |
| | - Intel Corp | | | | | | | | | |
| | - Nortel Ntwks Corp | | | | | | | | | |
| | - Cisco Systems | | | | | | | | | |
| | - Johnson & Johnson | | | | | Bought More | 9/21 | K | | |
| | - Kinder Morgan, Inc | | | | | | | | | |
| | H Hospira Inc | | | | | | | | | |
| | - Cohen & Steers REIT & Pfd Inc Fd | | | | | | | | | |
| | - Cohen & Steers REIT & Utilities Inc Fd | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 6 - ctd - Common stocks - ctd | | | | | | | | | |
| 1  - Becton Dickinson | | | | | Bought | 6/8 | K | | |
| 2  - DuPont E I DeNemours | | | | | Bought | 4/5 | K | | |
| 3 | | | | | | | | | |
| 4  - Eaton Vance Tax Man | GLB | | | | Bought | 9/27 | K | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,000-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date  5/15/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544